Deree & Company, appellee, v. Illinois Central Railroad Company, appellant. Gen. No. 32,567.

Opinion filed July 10, 1928.

# 654

Fred H. Montgomery and Herbert J. Deany, for appellant; Vernon W. Foster, of counsel. Louis W. Mack, for appellee; William H. Tuttle, of counsel.

Mr. Justice Barnes delivered the opinion of the court.